IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL COMPTON,

      Plaintiff,　　　　　　　　　　No. CIV S-11-1824 EFB

  vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.　　　　　　　　　　<u>ORDER</u>
_____/

On July 14, 2011, the court ordered plaintiff to, within 14 days, submit documents for service of process to the USM , and to file a statement with the court that the said documents had been submitted. Dckt. No. 3. As of the date of this order, plaintiff has not complied with this order.[1]

Accordingly, IT IS HEREBY ORDERED that, within 14 days of the date of this order, plaintiff shall comply with the court's July 14 order. Plaintiff is warned that failure to comply with this order will result in a recommendation that this case be dismissed.

SO ORDERED.

DATED: November 8, 2011.

                         EDMUND F. BRENNAN
                         UNITED STATES MAGISTRATE JUDGE

---

[1] Nor has plaintiff filed his consent to proceed before the undersigned or request for assignment of a United States District Judge.