1 | BESS M. BREWER, #100364
LAW OFFICE OF
2 | BESS M. BREWER & ASSOCIATES
P.O. Box 5088
3 | Sacramento, CA 95817
Telephone: (916) 509-7051
4
5 | Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL COMPTON** <br> **xxx-xx-7840** <br><br><br><br><br> **Plaintiff,** <br><br> v. <br><br> **MICHAEL J. ASTRUE** <br> **Commissioner of Social Security** <br> **of the United States of America,** <br><br> **Defendant.** | Case No. 2:11--01824-EFB <br><br><br><br> **STIPULATION AND PROPOSED** <br> **ORDER EXTENDING PLAINTIFF'S** <br> **TIME TO FILE SUMMARY** <br> **JUDGEMENT MOTION** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the plaintiff's time to file his summary judgment is hereby extended from April 30, 2012, to May 17, 2012. This is plaintiff's first extension and is required due to the need to spread-out the briefing of the five cases due within the same three day period as plaintiff's brief.

/ / / /

/ / / /

/ / / /

1

Dated: April 24, 2012                    /s/Bess M. Brewer
                                         BESS M. BREWER
                                         Attorney at Law

                                         Attorney for Plaintiff


Dated: April 24, 2012                    Benjamin B. Wagner

                                         United States Attorney

                                         Donna L. Calvert
                                         Acting Regional Chief Counsel, Region IX
                                         Social Security Administration

                                         /s/ Daniel P. Talbert
                                         Daniel P. Talbert

                                         Special Assistant United States Attorney
                                         Attorneys for Defendant


                         ORDER

APPROVED AND SO ORDERED.

DATED: April 26, 2012.

                         EDMUND F. BRENNAN
                         UNITED STATES MAGISTRATE JUDGE

2