BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 509-7051

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL COMPTON**<br>**xxx-xx-7840**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>**Defendant.** | Case No. 2:11--01824-EFB<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the plaintiff's time to file his summary judgment is hereby extended from April 30, 2012, to May 17, 2012. This is plaintiff's first extension and is required due to the need to spread-out the briefing of the five cases due within the same three day period as plaintiff's brief.

/ / / /

/ / / /

/ / / /

1

| | |
|---|---|
| Dated: April 24, 2012 | */s/Bess M. Brewer* <br> BESS M. BREWER <br> Attorney at Law |
| | Attorney for Plaintiff |
| Dated: April 24, 2012 | Benjamin B. Wagner <br> United States Attorney <br><br> Donna L. Calvert <br> Acting Regional Chief Counsel, Region IX <br> Social Security Administration <br><br> /s/ *Daniel P. Talbert* <br> Daniel P. Talbert <br> Special Assistant United States Attorney <br> Attorneys for Defendant |

ORDER

APPROVED AND SO ORDERED.

DATED: April 26, 2012.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2